UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK H. MCGARY,

    Plaintiffs,

v.

FCA US LLC,

    Defendants.

Case No. 20-cv-03313-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **February 12, 2021 at 3:00 PM**.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: **October 20, 2020**

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **May 21, 2021**

DESIGNATION OF EXPERTS: **June 4, 2021**; REBUTTAL: **July 2, 2021**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **July 30, 2021**

DISPOSITIVE MOTIONS **SHALL** be filed by: **July 2, 2021**
    Opp. Due: **July 16, 2021**; Reply Due: **July 23, 2021**;
    and set for hearing no later than **August 6, 2021  at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **September 28, 2021 at 3:30 PM**.

JURY TRIAL DATE: **October 12, 2021 at 8:30 AM**.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-7 days.

Initial Disclosures due **September 17, 2020**.

Daubert Motions due **August 13, 2021**.

Motions in Limine due **August 31, 2021**.

Settlement Conference with Magistrate Judge no later than second half of **January 2021**.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: September 2, 2020

_____
SUSAN ILLSTON
United States District Judge